# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00591-CV

**Jose Fernandez Galan Palau, Appellant**

**v.**

**Flor De Maria Navarro Sanchez, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-FM-06-002234, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss this appeal, stating that he no longer wishes to prosecute his appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a). We grant Susan Norman's motion to withdraw.

_____

David Puryear,  Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed:  February 20, 2008